**782**

David A. Davis, pro se.

Eldon B. Mahon, U. S. Atty., W. E. Smith, Asst. U. S. Atty., Ft. Worth, Tex., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Billy Benny ROBERTS, Jr., Petitioner-Appellant,**

**v.**

**J. J. CLARK, Warden, Respondent-Appellee.**

**No. 71-2208.**

United States Court of Appeals, Fifth Circuit.

Sept. 28, 1971.

Billy Benny Roberts, Jr., pro se.

John W. Stokes, Jr., U. S. Atty., Charles A. Pannell, Jr., Atlanta, Ga., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed.[1a] See Local Rule 21.[2]

**Liesse J. LEDOUX, Plaintiff-Appellee,**

**v.**

**LOFFLAND BROTHERS et al., Defendants-Appellants.**

**No. 71-1979**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Oct. 5, 1971.

James G. Dubuisson, James T. Guglielmo, Dubuisson & Dubuisson, Opelousas, La., for defendants-appellants.

---

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

1a. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of

Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

Paul C. Tate, Tate & Tate, Mamou, La., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**William Frank SMALL, Jr., Petitioner-Appellant,**

v.

**J. J. CLARK, Warden, et al., Respondent-Appellee.**

**No. 71-2209.**

United States Court of Appeals, Fifth Circuit.

Sept. 28, 1971.

William Frank Small, Jr., pro se.

John W. Stokes, Jr., U. S. Atty., Charles A. Pannell, Jr., Atlanta, Ga., for respondent-appellee.

---

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed.[1a] See Local Rule 21.[2]

**Joseph WILLIAMS, Plaintiff-Appellant,**

v.

**Milton STIRE et al., Defendants-Appellees.**

**No. 71-1162.**

United States Court of Appeals, Fifth Circuit.

Sept. 30, 1971.

Rehearing Denied Nov. 8, 1971.

Edward Chase, New Orleans, La., for plaintiff-appellant.

John S. Sciambra, Harry P. Gamble, Jr., Joseph Rosenberg, New Orleans, La., for defendants-appellees.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1b]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.

1a. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

1b. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.